IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>vs.<br><br>MIDAMAR CORPORATION, *et al*.,<br><br>    Defendants. | CRIMINAL CASE<br>Case No. 1:14-CR-00138-LRR |

## AMENDED NOTICE OF APPEAL

Midamar Corporation (the "*Defendant*"), hereby gives notice that it seeks appellate review in the United States Court of Appeals for the Eighth Circuit of the orders of the District Court denying its motions to dismiss the above-referenced criminal action against it (Doc. 99), made final by its plea (Doc. 136) and sentence (Doc. 238) entered as a judgment on February 26, 2016 (Doc. 136, Doc. 238). Defendant respectfully provides notice of its intent to evaluate and pursue other meritorious appellate issues.

Date: March 10, 2016                          Respectfully & Jointly Submitted:

/s/ Haytham Faraj, Esq.                        /s/ Jason R. Klinowski, Esq.

| | |
|---|---|
| Haytham Faraj, Esq.<br>THE LAW OFFICES OF HAYTHAM FARAJ, PLLC<br>105 West Adams Street, Suite 2150<br>Chicago, Illinois 60603<br>Telephone: (312) 635-0800<br>E-mail: Haytham@Farajlaw.com<br>*Counsel for William B. Aossey, Jr.* | Jason R. Klinowski, Esq.<br>WALLACE, JORDAN, RATLIFF,<br>& BRANDT, LLC<br>800 Shades Creek Parkway, Suite 400<br>Birmingham, Alabama 35209<br>Telephone: (205) 874-0371<br>E-mail: jklinowski@wallacejordan.com<br>*Counsel for William B. Aossey, Jr.* |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Amended Notice of Appeal, was served upon all counsel of record in the above styled case, via the Court's CM/ECF system, this 10th day of March 2016.

/s/ Haytham Faraj, Esq.
*Counsel for Midamar Corp.*