# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1688

United States of America

Appellee

v.

Midamar Corporation

Appellant

___

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:14-cr-00138-LRR-3)
___

**MANDATE**

In accordance with the opinion and judgment of 04/14/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 21, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit